## BULLARD v. STATE.
### No. 19885.

Court of Criminal Appeals of Texas.

Nov. 16, 1938.

Baskett & Parks, of Dallas, for appellant.

Lewis Orsborn, Co. Atty., of Canton, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for robbery with firearms; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. No error having been perceived, the judgment of the trial court is affirmed.